**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-2287**

GREG GIVENS,

           Plaintiff - Appellant,

      v.

CLYDE YATES, JR.; KIMBERLY YATES, a/k/a Kimberly Craig; ADAM HARRIS; KIMBERLY HARRIS, Individually and Collectively,

           Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. John Preston Bailey, District Judge. (5:20-cv-00141-JPB-JPM)

Submitted: April 22, 2021                  Decided: April 26, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Greg Givens, Appellant Pro Se. Theodore Levette Tsoras, TSORAS LAW OFFICE, Powhatan Point, Ohio; Donald J. Tennant, Jr., TENNANT LAW OFFICES, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals the district court's order dismissing his amended complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Givens v. Yates*, No. 5:20-cv-00141-JPB-JPM (N.D.W. Va. Nov. 25, 2020). We also deny Givens' motion to disqualify opposing counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*